

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-25-00058-CR

GABRIEL SKYLER CASWELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR23-1023, Honorable Craig Towson, Presiding

March 25, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Gabriel Skyler Caswell, appeals his conviction for cruelty to non-livestock animals[1] and sentence to ten years of confinement.[2] Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his

---

[1] *See* TEX. PENAL CODE ANN. § 42.092(c–1).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.